UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ARLETTE MILLER, on Behalf of Herself and : Civil Action No. 2:08-cv-00879-JS-WDW
All Others Similarly Situated, :
: NOTICE OF MOTION
                        Plaintiff, :
:
  vs. :
:
WACHOVIA CORPORATION, WACHOVIA :
CAPITAL TRUST IX, G. KENNEDY :
THOMPSON, MARK C. TREANOR, :
THOMAS J. WURTZ, PETER M. CARLSON, :
JOHN D. BAKER II, ROBERT J. BROWN, :
PETER C. BROWNING, JOHN T. :
CASTEEN, III, JEROME A. GITT, WILLIAM :
H. GOODWIN, JR., MARYELLEN C. :
HERRINGER, ROBERT A. INGRAM, :
DONALD M. JAMES, MACKEY J. :
MCDONALD, JOSEPH NEUBAUER, :
TIMOTHY D. PROCTOR, ERNEST S. :
RADY, VAN L. RICHEY, RUTH G. SHAW. :
LANTY L. SMITH. JOHN C. WHITAKER, :
JR., DONA DAVIS YOUNG, AND :
WACHOVIA CAPITAL MARKETS, LLC :
(THE "WACHOVIA DEFENDANTS") :
CITIGROUP GLOBAL MARKETS INC., :
MERRILL LYNCH PIERCE, FENNER & :
SMITH INCORPORATED, MORGAN :
STANLEY & CO. INCORPORATED, AND :
UBS SECURITIES LLC., :
:
                        Defendants. :
---------------------------------------------------------------x

PLEASE TAKE NOTICE that at such time as the Court will set, the undersigned shall appear before the Honorable Joanna Seybert, at the United States District Court, 100 Federal Plaza, Central Islip, New York, on a date and time to be determined by the Court, for an order remanding this action to the Supreme Court of New York, County of Nassau, and for such other and further relief as this Court may deem appropriate.

DATED: April 2, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ABRAHAM FRUCHTER
  & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Carolina C. Torres, hereby certify that on April 2, 2008, I caused a true and correct copy of the attached:

Notice of Motion;

Plaintiff's Memorandum of Law In Support Of Motion for Remand to State Court; and

[Proposed] Order Granting Plaintiff's Motion for Remand to State Court

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel on the attached service list.

/s/ *Carolina C. Torres*
Carolina C. Torres

**Wachovia Service List**

Counsel for Defendant(s)

| | |
|---|---|
| James N. Benedict | Patrick M. McGuirk |
| Douglas W. Henkin | Saima Ahmed |
| Robert Charles Hora | Sidley Austin LLP |
| Milbank, Tweed, Hadley and McCloy | 787 Seventh Avenue |
| 1 Chase Manhattan Plaza | New York, NY  10019 |
| New York, NY  10005 | 212-839-5300 |
| 212-530-5000 | 212-839-5599 (fax) |
| 212-822-5696 (fax) | |

Counsel for Plaintiff(s)

| | |
|---|---|
| Samuel H. Rudman | Jack G. Fruchter |
| David A. Rosenfeld | Abraham Fruchter & Twersky |
| Mario Alba, Jr. | One Penn Plaza, Suite 2850 |
| Coughlin Stoia Geller Rudman & Robbins LLP | New York, NY  10119 |
| 58 South Service Road, Suite 200 | 212-279-5050 |
| Melville, NY  11747 | 212-279-3655 (fax) |
| 631-367-7100 | |
| 631-367-1173 (fax) | |